**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEITH GUINDON, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as Secretary of the United States Department of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE,<br><br>                              Defendants. | No. 1:15-cv-02256-BJR<br><br>**DECLARATION OF J. TIMOTHY HOBBS**<br><br>**Hon. Barbara J. Rothstein** |

I, J. TIMOTHY HOBBS, declare under penalty of perjury the following:

1.      My name is J. Timothy Hobbs.  I make this declaration in support of the Plaintiffs' Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  I am over eighteen years of age and have personal knowledge of the facts stated herein, which are true and correct to the best of my knowledge, information and belief.

2.      I am an attorney with the law firm of K&L Gates LLP, counsel for Plaintiffs in this action.  I am a member in good standing of the bars of the District of Columbia, Washington State and Virginia.

4.      I am responsible for reviewing all of the time entries billed by attorneys in connection with this litigation and preparing the monthly invoices for transmittal to the Plaintiffs. Attached hereto as Exhibit A to this declaration is a detailed itemization of the actual time expended by each attorney on this litigation through March 31, 2017 for which the Plaintiffs are seeking reimbursement.  Exhibit A is not a copy of the invoices provided to the Plaintiffs by K&L Gates.  Excluded from Exhibit A are billings for work performed that was not

directly related to this litigation or was devoted to administrative tasks.  The task descriptions found in Exhibit A are based on the contemporaneous descriptions prepared by each attorney and contained in the monthly invoices provided to the Plaintiffs by K&L Gates, and reflect an accurate depiction of the daily work performed in connection with this litigation.   In some cases I made redactions or minor edits to exclude information protected by attorney-client privilege and/or the attorney work product doctrine.  The time devoted to this litigation as reflected in Exhibit A was reasonable and necessary to successfully litigate the Plaintiffs' case.  As the billing attorney for this matter, I excluded from the monthly invoices sent to the Plaintiffs any billings for time that I deemed duplicative or excessive; consequently the Plaintiffs were not billed for, and Exhibit A does not contain, the time I excluded as duplicative or excessive.  All of the work performed by K&L Gates in connection with this litigation was on behalf of all the Plaintiffs collectively; none of the work performed in connection with this litigation was for the sole benefit of any one of the Plaintiffs.

5.     The K&L Gates attorneys who worked on this litigation are listed in the following chart, which includes their actual billing rates for 2015, 2016, and 2017 for this litigation, the total number of hours each worked on this litigation for which the Plaintiffs are seeking reimbursement, and the total value of such work performed calculated at both the actual rates charged and the adjusted statutory EAJA hourly rates of $194.191 for 2015, $196.475 for 2015, and $197.607 for 2017.

| Attorney Name | Actual Billing Rates for this Litigation | Hours Billed As Reflected at Exhibit A | Total Value at Actual Billed Rates for this Litigation | Total Value at Adjusted Statutory EAJA Rates (2015 - $194.191) (2016 - $196.475 (2017 - $197.607) |
|---|---|---|---|---|
| Alyssa M. Fritz (Associate) | 2016-$254.80 | 2016-13.9 | 2016-$3,541.72 | 2016-$2,731.00 |
| Ashley Gammell (Associate) | 2016-$245.70 2017-$254.80 | 2016-74.9 2017-13.4 | 2016-$18,402.93 2017-$3,414.32 | 2016-$14,715.98 2017-$2,647.93 |
| Benjamin Mayer (Associate) | 2015-$263.90 | 2015-9.7 | 2015-$2,559.83 | 2015-$1,883.65 |
| J. Timothy Hobbs (Partner) | 2015-$373.10 2016-$395.85 2017-$418.60 | 2015-43.5 2016-257.1 2017-36.9 | 2015-$16,229.85 2016-$101,773.03 2017-$15,446.34 | 2015-$8,447.31 2016-$50,513.72 2017-$7,291.70 |

| | | | | |
|---|---|---|---|---|
| John .L. Longstreth (Partner) | 2017-$855.40 | 2017-1.5 | 2017-$1,283.10 | 2017-$296.41 |
| Michael F. Scanlon (Partner) | 2015-$509.60 2016-$527.80 2017-$546.00 | 2015-6.8 2016-25.3 2017-1.0 | 2015-$3,465.28 2016-$13,353.34 2017-$546.00 | 2015-$1,320.50 2016-$4,970.82 2017-$197.61 |
| Marie E. Quasius (Associate) | 2016-$318.50 | 2016-7.6 | 2016-$2,420.60 | 2016-$1,493.21 |
| **TOTALS** | | **491.6** | **$182,436.34** | **$96,509.84** |

6.      Attached as Exhibit B to this declaration is a summary of costs incurred by Plaintiffs in connection with this litigation, for which the Plaintiffs are seeking reimbursement. Excluded from Exhibit B are travel expenses related to my attendance at the summary judgment hearing on January, 25, 2017.  All costs reflected in Exhibit B were reasonable and necessary to successfully litigate the Plaintiffs' case.

7.      I anticipate that the Plaintiffs and Defendants will engage in good faith discussions to settle the Plaintiffs' claims for attorneys' fees and costs under EAJA.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

        Executed on May 1, 2017.

                                        By: */s/ J. Timothy  Hobbs*
                                              J. Timothy  Hobbs

4

# EXHIBIT A

## Alyssa M. Fritz Time

| Date | Name / Invoice Number | Hours | Description |
|---|---|---|---|
| 2/12/2016 | Alyssa M. Fritz | 1.1 | Research regarding rules of statutory construction and application to MSA Section 407(d); research cases regarding whether Congressional cognizance of regulatory framework is presumed when congress enacts a statute |
| 2/14/2016 | Alyssa M. Fritz | 1.0 | Legal research regarding the rules of statutory construction and application to MSA Section 407(d) |
| 2/15/2016 | Alyssa M. Fritz | 3.8 | Legal research regarding statutory interpretation of MSA Section 407(d) and construction principles, such as congressional reenactment and congressional awareness of agency interpretations |
| 2/16/2016 | Alyssa M. Fritz | 5.7 | Legal research regarding statutory interpretation principles and agency rulemaking; draft memorandum regarding same |
| 2/17/2016 | Alyssa M. Fritz | 2.3 | Draft and revise memorandum regarding Section 407(d) of the MSA |

Ashley Gammell Time

| 5/5/2016 | Ashley E. Gammell | 2.0 | Draft consent motion for filing of supplemental complaint and submit to T. Hobbs for review |
|---|---|---|---|
| 6/20/2016 | Ashley E. Gammell | 0.8 | Review pleadings and confer with T. Hobbs regarding drafting a standing declaration for the client and a portion of a motion for summary judgment |
| 6/21/2016 | Ashley E. Gammell | 4.7 | Research case law to support arguments that agency violated NEPA in order to invalidate adverse agency action; draft outline for motion for summary judgment regarding the same; converse with T. Hobbs over and review supporting documents for summary judgment |
| 6/22/2016 | Ashley E. Gammell | 2.4 | Research and locate analogous cases to support NEPA argument in support of motion for summary judgment |
| 6/23/2016 | Ashley E. Gammell | 5.1 | Finish researching supporting case law for NEPA argument to be included in motion for summary judgment |
| 6/24/2016 | Ashley E. Gammell 0 | 2.4 | Draft portion of motion for summary judgment regarding alleged NEPA violations |
| 6/26/2016 | Ashley E. Gammell | 2.3 | Finish drafting portion of motion for summary judgment alleging NEPA violations and submit to T. Hobbs for review |
| 6/30/2016 | Ashley E. Gammell | 1.3 | Confer with T. Hobbs regarding revisions to NEPA portion of motion to summary judgment |
| 7/1/2016 | Ashley E. Gammell | 4.7 | Finish revising NEPA portion of motion for summary judgment and submit to T. Hobbs for review |

| 7/5/2016 | Ashley E. Gammell | 0.4 | Conduct follow-up research on available remedies for a violation of NEPA |
|---|---|---|---|
| 7/6/2016 | Ashley E. Gammell | 1.7 | Research case law to support second cause of action under the Magnuson-Stevens Act and confer with T. Hobbs regarding the same |
| 7/7/2016 | Ashley E. Gammell | 4.0 | Conduct legal research and begin drafting portion of motion for summary judgment related to Section 407 of the Magnuson-Stevens Act; confer with T. Hobbs regarding the same |
| 7/8/2016 | Ashley E. Gammell | 1.5 | Complete statutory research and continue drafting Section 407(d)(2) portion of motion for summary judgment |
| 7/10/2016 | Ashley E. Gammell | 3.2 | Finish drafting Section 407(d)(2) portion of motion for summary judgment; revise the same and submit to T. Hobbs for review |
| 7/11/2016 | Ashley E. Gammell | 2.4 | Revise 407(d)(2) portion of motion for summary judgment and submit to T. Hobbs for review |
| 7/12/2016 | Ashley E. Gammell | 4.1 | Conduct legal research related to standing under NEPA and revise and draft client declarations |
| 7/13/2016 | Ashley E. Gammell | 6.3 | Conduct legal research on several distinct legal issues to support arguments contained in motion for summary judgment and confer with T. Hobbs regarding the same; revise NEPA portion of motion for summary judgment; revise client standing declaration |
| 7/14/2016 | Ashley E. Gammell | 3.2 | Review motion for summary judgment and submit to T. Hobbs for review |
| 7/15/2016 | Ashley E. Gammell | 4.0 | Revise motion for summary judgment and confer with T. Hobbs regarding same |
| 9/6/2016 | Ashley E. Gammell | 0.3 | Begin reviewing government's motion for summary judgment |
| 9/7/2016 | Ashley E. Gammell | 1.2 | Review the government's motion for summary judgment; outline government's arguments and our potential arguments in response |
| 9/9/2016 | Ashley E. Gammell | 0.3 | Confer with T. Hobbs regarding response to government's motion for summary judgment |

3

| | | | |
|---|---|---|---|
| 9/12/2016 | Ashley E. Gammell | 1.0 | Conduct legal research regarding essential information under NEPA |
| 9/13/2016 | Ashley E. Gammell | 3.4 | Draft NEPA portion of response to government's motion for summary judgment and confer with T. Hobbs regarding same |
| 9/14/2016 | Ashley E. Gammell | 6.8 | Draft portion of opposition brief regarding NEPA violation and submit to T. Hobbs for review; conduct legal research for and revise portion of opposition brief drafted by T. Hobbs and submit same for review |
| 9/15/2016 | Ashley E. Gammell | 3.9 | Conduct legal research for and revise opposition brief |
| 9/16/2016 | Ashley E. Gammell | 1.5 | Verify source citations and perform technical edit on final draft of opposition brief |
| 3/7/2017 | Ashley E. Gammell | 1.9 | Review court's ruling on summary judgment; research regarding issue raised by same |
| 3/16/2017 | Ashley E. Gammell | 3.3 | Research for EAJA petition and draft email memorandum to T. Hobbs regarding same; confer with T. Hobbs regarding drafting of petition for attorneys fees and motion to stay briefing |
| 3/17/2017 | Ashley E. Gammell | 0.2 | Prepare petition for attorneys' fees under Equal Access to Justice Act |
| 3/22/2017 | Ashley E. Gammell | 2.4 | Conduct research regarding for EAJA petition; draft email memorandum to T. Hobbs regarding same |
| 3/24/2017 | Ashley E. Gammell | 4.4 | Conduct legal research and draft petition for attorneys' fees under EAJA and corresponding motion and proposed order to stay briefing of the fee petition pending negotiation with NMFS |
| 3/29/2017 | Ashley E. Gammell | 0.4 | Confer with T. Hobbs regarding filing petition for attorneys' fees under EAJA and related motion to stay briefing of the same pending negotiations with NMFS |
| 3/31/2017 | Ashley E. Gammell | 0.7 | Conduct legal research for analogous cases regarding prevailing party under EAJA for inclusion in revised petition for attorneys' fees and submit to T. Hobbs for review |
| 4/3/2017 | Ashley E. Gammell | 0.1 | Confer with T. Hobbs regarding entry of final judgment in reference to filing deadline for petition for attorneys' fees under EAJA |

4

## Benjamin Mayer Time

| 12/17/2015 | Benjamin A. Mayer | 5.2 | Conference and e-mail with T. Hobbs regarding arguments against NMFS final rule withholding quota and litigation options; research regarding same |
|---|---|---|---|
| 12/18/2015 | Benjamin A. Mayer | 4.5 | Research and analyze general prohibition against retroactive application of agency rules; conference with T. Hobbs regarding same and potential claim for relief from same |

## J. Timothy Hobbs Time

| 12/7/2015 | J. Timothy Hobbs | 2.5 | Research legal arguments that NMFS's failure to analyze alternative projections and using assumptions contradicted by record evidence violated MSA and NEPA requirements |
|---|---|---|---|
| 12/16/2015 | J. Timothy Hobbs | 2.5 | Prepare for and hold conference call to discuss A28 strategy and potential for challenging framework action; research regarding same |
| 12/17/2015 | J. Timothy Hobbs | 4.2 | Research potential legal arguments to support challenge to framework action withholding 4.9% of the quota on January 1; conference with M. Scanlon and D. Conner regarding same; conference with B. Meyer regarding same and review research results. |
| 12/18/2015 | J. Timothy Hobbs | 5.3 | Research federal case law to support claims asserted in complaint against framework action withholding quota; conference with M. Scanlon and B. Guindon regarding same; draft complaint. |
| 12/21/2015 | J. Timothy Hobbs | 8.0 | Draft complaint to challenge framework action |
| 12/22/2015 | J. Timothy Hobbs | 3.8 | Draft complaint; review transcripts of Council meetings in support of same. |
| 12/23/2015 | J. Timothy Hobbs | 8.0 | Draft complaint to challenge framework action |
| 12/28/2015 | J. Timothy Hobbs | 7.2 | Finalize and file complaint challenging framework action withholding quota; prepare and file summonses, corporate disclosure statements and related case form; draft and file |

| | | | |
|---|---|---|---|
| | | | motion for leave to appear pro hac vice, supporting declaration and proposed order. |
| 12/29/2015 | J. Timothy Hobbs | 2.0 | Serve summons and complaint on Pritzker, NOAA, NMFS, Attorney General and U.S. Attorney; review court rules regarding same; strategize next steps for consolidating claims with A28 litigation; email with M. Scanlon regarding same. |
| 1/6/2016 | J. Timothy Hobbs | 1.5 | Telephone call with E. Brazer regarding Amendment 28 strategy and J. Tetzlaff analysis; research legal arguments regarding same. |
| 1/7/2016 | J. Timothy Hobbs | 0.2 | Telephone call with M. Brown (DOJ) regarding Guindon III compliant and potential stay; conference with M. Scanlon regarding same. |
| 1/8/2016 | J. Timothy Hobbs | 0.2 | Check on status of service of complaint on Secretary, NOAA and NMFS; respond to M. Brown regarding same and motion for stay. |
| 1/11/2016 | J. Timothy Hobbs | 0.8 | Review and revise proposed motion for stay drafted by NMFS; research ability to assert new claims in supplemental complaint; send revisions to M. Scanlon for review. |
| 1/12/2016 | J. Timothy Hobbs | 1.2 | Research regarding supplementation of complaint and adding new claims to challenge new regulatory action; emails with M. Brown (DOJ) and M. Scanlon regarding same. |
| 1/13/2016 | J. Timothy Hobbs | 1.6 | Research federal case law regarding adding new claims to supplemental complaint; revise DOJ's draft consent motion to stay proceedings pending NMFS's approval of A28; emails with M. Brown (DOJ) regarding same; file affidavit of service of summons and complaint. |
| 1/14/2016 | J. Timothy Hobbs | 1.5 | Review Powerpoint presentation from J. Tetzlaff regarding alternative projections for rebuilding schedule; conference call with J. Tetzlaff and E. Brazer regarding same. |
| 1/19/2016 | J. Timothy Hobbs | 5.5 | Review analysis by J. Tetzlaff regarding stock projections under alternative assumptions and reallocation; research legal arguments regarding same |
| 1/20/2016 | J. Timothy Hobbs | 1.8 | Review Gulf Council presentation on reducing recreational sector buffer and continuing management uncertainty; research legal arguments against A28 in light of new information; draft outline of same. |

7

| 1/27/2016 | J. Timothy Hobbs | 2.5 | Prepare for and hold meeting with clients to discuss Amendment 28 litigation. |
|---|---|---|---|
| 1/28/2016 | J. Timothy Hobbs | 2.5 | Research legal arguments against Amendment 28; prepare outline of same. |
| 1/29/2016 | J. Timothy Hobbs | 2.4 | Draft arguments in opposition to Amendment 28; research regarding same; outline offensive strategies; telephone call with clients regarding same and E. Gulf recruitment. |
| 2/2/2016 | J. Timothy Hobbs | 5.5 | Research legal arguments in opposition to Amendment 28; draft comments on same; review legislative history of section 407(d); review FMP objectives; email to E. Brazer regarding additional analyses needed. |
| 2/3/2016 | J. Timothy Hobbs | 6.2 | Research legal and factual arguments in opposition to Amendment 28; compile materials for administrative record; draft comments against Amendment 28; emails to T. Kenchington and J. Tetzlaff regarding same. |
| 2/4/2016 | J. Timothy Hobbs | 3.5 | Research legal arguments against Amendment 28; prepare outline of same; prepare chart showing MRIP and MRFSS overages compared to recreational allocations; research legislative history of section 407(d). |
| 2/5/2016 | J. Timothy Hobbs | 2.5 | Research potential for asserting complaint regarding data problems with 2014 update stock assessment and reliance on same to increase ACL and reallocate quota; draft arguments against Amendment 28. |
| 2/8/2016 | J. Timothy Hobbs | 2.8 | Research arguments in opposition to Amendment 28; gather information and comments to pad record to challenge same; conference call with E. Brazer to discuss same and offensive strategies. |
| 2/9/2016 | J. Timothy Hobbs | 3.2 | Research and draft legal arguments against Amendment 28; review audio files of SSC meetings regarding review of MRIP recalibration |
| 2/10/2016 | J. Timothy Hobbs | 2.1 | Research and draft legal arguments that A28 violates MSA requirements. |
| 2/11/2016 | J. Timothy Hobbs | 4.5 | Research legal arguments against A28; conference with A. Fritz regarding case law on statutory interpretation of section 407(d) |

500360848 v2

| 2/12/2016 | J. Timothy Hobbs | 2.2 | Draft arguments against Amendment 28 and pull documents for administrative record in support of same. |
|---|---|---|---|
| 2/15/2016 | J. Timothy Hobbs | 7.2 | Draft legal arguments in opposition to Amendment 28; research regarding same; emails with J. Tetzlaff regarding stock projections under alternative assumptions. |
| 2/16/2016 | J. Timothy Hobbs | 6.8 | Draft legal arguments against Amendment 28; research regarding same. |
| 2/17/2016 | J. Timothy Hobbs | 6.3 | Draft legal arguments against Amendment 28; research regarding same; emails with J. Tetlzaff regarding supplemental projections. |
| 2/18/2016 | J. Timothy Hobbs | 6.2 | Draft legal arguments against Amendment 28 and circulate draft to clients for review; review Alliance letter regarding same; review and revise Tetzlaff analysis and projections. |
| 2/23/2016 | J. Timothy Hobbs | 1.0 | Conference with B. Guidon regarding case status; review comments on Amendment 28. |
| 3/30/2016 | J. Timothy Hobbs | 0.5 | Review press release on Amendment 28; conference with B. Guindon regarding litigation on same |

| 4/8/2016 | J. Timothy Hobbs | 2.2 | Draft complaint against Amendment 28; conference call with W. Werner regarding same; research same; discuss same with D. Walker. |
|---|---|---|---|
| 4/11/2016 | J. Timothy Hobbs | 1.1 | Review NMFS projections of growing recreational fishing effort over time; draft complaint. |
| 4/15/2016 | J. Timothy Hobbs | 1.2 | Draft supplemental complaint challenging Amendment 28. |
| 4/22/2016 | J. Timothy Hobbs | 0.3 | Conference with D. Conner regarding CJS provisions on red snapper; review report language. |
| 4/25/2016 | J. Timothy Hobbs | 0.4 | Review CJS appropriations committee report; review articles regarding state recreational data collection; emails regarding same. |
| 4/26/2016 | J. Timothy Hobbs | 1.5 | Draft supplemental complaint challenging Amendment 28. |

10

| 4/27/2016 | J. Timothy Hobbs | 3.5 | Review Amendment 28 Final Rule; draft Supplemental Complaint; conference with M. Scanlon regarding case schedule. |
|---|---|---|---|
| 5/3/2016 | J. Timothy Hobbs | 2.0 | Draft supplemental complaint; research regarding same. |
| 5/4/2016 | J. Timothy Hobbs | 7.5 | Draft supplemental complaint against Amendment 28. |
| 5/5/2016 | J. Timothy Hobbs | 7.5 | Draft supplemental compliant and send to clients for review; draft motion for leave to supplement and enter case schedule and send to M. Brown (DOJ) for review. |
| 5/6/2016 | J. Timothy Hobbs | 7.2 | Finalize and file supplemental complaint and related papers; email clients regarding same. |
| 5/16/2016 | J. Timothy Hobbs | 0.5 | Emails with B. Guindon and E. Brazer regarding litigation status. |
| 5/17/2016 | J. Timothy Hobbs | 0.5 | Prepare list of research tasks for upcoming summary judgment briefing. |
| 6/10/2016 | J. Timothy Hobbs | 2.5 | Research in preparation for upcoming summary judgment motions; outline legal arguments in support of same. |
| 6/13/2016 | J. Timothy Hobbs | 0.3 | Emails with E. Brazer and B. Guindon regarding Amendment 28 litigation. |
| 6/15/2016 | J. Timothy Hobbs | 1.5 | Research legal arguments in support of APA claim against Quota Withholding Rule and NEPA claims against Amendment 28; conference with C. Velasco regarding research into same. |

500360848 v2

| 6/17/2016 | J. Timothy Hobbs | 2.6 | Review NMFS's answer and administrative record index; send same to Steering Committee; conference with associates regarding research in support of summary judgment briefing. |
|-----------|------------------|-----|-----------|
| 6/20/2016 | J. Timothy Hobbs | 1.2 | Review administrative record; conference with A. Gammell regarding NEPA research. |
| 6/21/2016 | J. Timothy Hobbs | 2.2 | Research in support of motion for summary judgment; review administrative record; conference with A. Gammell regarding NEPA arguments. |
| 6/22/2016 | J. Timothy Hobbs | 1.0 | Conference with M. Perez-Vargas regarding research into argument that Amendment 28 violates requirement to achieve optimum yield; review administrative record regarding same and send materials to M. Perez-Vargas. |
| 6/23/2016 | J. Timothy Hobbs | 0.5 | Conference with C. Velasco regarding research into validity of Quota Holdback Rule. |
| 6/28/2016 | J. Timothy Hobbs | 1.2 | Conference with C. Velasco and M. Perez-Vargas regarding research and drafting of summary judgment brief; research into same. |
| 6/30/2016 | J. Timothy Hobbs | 5.5 | Research in support of motion for summary judgment; review and revise sections on NEPA arguments; conference with A. Gammell regarding same; draft arguments. |
| 7/1/2016 | J. Timothy Hobbs | 3.6 | Outline summary judgment brief; review and revise sections of same; emails with client regarding same |
| 7/5/2016 | J. Timothy Hobbs | 2.5 | Research administrative record in support of summary judgment arguments; draft summary judgment brief |
| 7/6/2016 | J. Timothy Hobbs | 4.4 | Research administrative record; draft motion for summary judgment |
| 7/7/2016 | J. Timothy Hobbs | 0.5 | Emails with M. Brown and M. Levy regarding supplementation of administrative record; conference with A. Gammell regarding summary judgment brief |

500360848 v2

| 7/8/2016 | J. Timothy Hobbs | 2.8 | Conference with M. Brown and M. Levy regarding administrative record; draft summary judgment brief; conference with A. Gammell regarding same |
|---|---|---|---|
| 7/10/2016 | J. Timothy Hobbs | 6.5 | Draft motion for summary judgment; research administrative record and case law in support of same |
| 7/11/2016 | J. Timothy Hobbs | 7.5 | Draft motion for summary judgment; research administrative record and case law in support of same; conference with A. Gammell regarding same |
| 7/12/2016 | J. Timothy Hobbs | 8.0 | Draft summary judgment brief; research administrative record and case law in support of same; conference with A. Gammell regarding same |
| 7/13/2016 | J. Timothy Hobbs | 14.5 | Draft motion for summary judgment; research administrative record and case law in support of same; conference with A. Gammell regarding same |
| 7/14/2016 | J. Timothy Hobbs | 9.2 | Draft motion for summary judgment; revise same; research administrative record and case law in support of same; conference with clients, M. Scanlon and A. Gammell regarding same |
| 7/15/2016 | J. Timothy Hobbs | 7.0 | Finalize and file opening motion for summary judgment; research administrative record in support of same; conference with M. Scanlon and A. Gammell regarding same |
| 8/5/2016 | J. Timothy Hobbs | 0.2 | Emails with M. Brown (DOJ) regarding government's request for extension of time to file response brief; conference with clients regarding same. |
| 9/2/2016 | J. Timothy Hobbs | 1.8 | Review NMFS's opening summary judgment brief; emails with clients regarding same |
| 9/9/2016 | J. Timothy Hobbs | 6.8 | Draft reply in support of motion for summary judgment; research in support of same |
| 9/12/2016 | J. Timothy Hobbs | 2.5 | Draft reply in support of motion for summary judgment; research administrative record and case law in support of same |
| 9/13/2016 | J. Timothy Hobbs | 10.8 | Draft reply in support of motion for summary judgment; research administrative record and case law in support of same |

500360848 v2

| 9/14/2016 | J. Timothy Hobbs | 7.2 | Draft reply in support of motion for summary judgment; research in support of same; conference with A. Gammell regarding same |
|---|---|---|---|
| 9/15/2016 | J. Timothy Hobbs 2 | 10.2 | Draft reply in support of motion for summary judgment; research administrative record and case law in support of same |
| 9/16/2016 | J. Timothy Hobbs | 10.5 | Finalize reply in support of motion for summary judgment and file same |
| 9/30/2016 | J. Timothy Hobbs | 0.5 | Review NMFS's reply in support of cross-motion for summary judgment; email to clients regarding same |
| 10/21/2016 | J. Timothy Hobbs | 3.0 | Prepare Joint Appendix for filing of administrative record documents with court; send draft index to M. Brown (DOJ) for review |
| 10/24/2016 | J. Timothy Hobbs | 1.0 | Prepare and file Joint Appendix of record documents cited by the parties; emails with M. Brown (DOJ) regarding same |
| 1/20/2017 | J. Timothy Hobbs | 2.0 | Draft response to NMFS's notice of supplemental authority; research in support of same; send draft to M. Scanlon for review |
| 1/23/2017 | J. Timothy Hobbs | 5.0 | Prepare for summary judgment hearing; finalize and file response to NMFS's notice of supplemental authority |
| 1/24/2017 | J. Timothy Hobbs | 8.0 | Prepare for summary judgment hearing |
| 1/24/2017 | J. Timothy Hobbs | 4.0 | Prepare for summary judgment hearing |
| 1/25/2017 | J. Timothy Hobbs | 4.0 | Prepare for and attend summary judgment hearing |

14

| 3/3/2017 | J. Timothy Hobbs | 2.5 | Review court's order vacating Amendment 28; emails and telephone calls regarding same |
|---|---|---|---|
| 3/6/2017 | J. Timothy Hobbs | 0.8 | Email to M. Brown (DOJ) and M. Levy (NOAA) regarding status of reallocated quota and release of same; draft press statement and confer with clients regarding same. |
| 3/16/2017 | J. Timothy Hobbs | 0.50 | Review court filings and respond to M. Brown (DOJ) regarding motion to clarify and for entry of judgment. |
| 3/22/2017 | J. Timothy Hobbs | 1.10 | Emails with M. Brown (DOJ) regarding entry of proposed judgment; draft revisions of same and send to M. Brown; conference with M. Scanlon regarding same |
| 3/23/2017 | J. Timothy Hobbs | 1.20 | Emails and telephone call with M. Brown (DOJ) and M. Levy (NOAA GC) regarding motion for entry of judgment. |
| 4/3/2017 | J. Timothy Hobbs | 1.00 | Review order on motion for clarification and entry of final judgment |

15

## J.L. Longstreth Time

| 1/25/2017 | J.L. Longstreth | 1.0 | Attend and participate in oral argument and follow-up on same |
|-----------|-----------------|-----|--------------------------------------------------------------|
| 3/3/2017  | J.L. Longstreth | 0.5 | Review decision and send with comments to team                |

16

M.F. Scanlon Time

| 12/17/2015 | M.F. Scanlon | 1.0 | Strategy call with T Hobbs and D Conner regarding NMFS Framework Action, A 28; review framework action |
|---|---|---|---|
| 12/18/2015 | M.F. Scanlon | 0.7 | Emails and calls with T Hobbs regarding A28 framework action, litigation strategy |
| 12/21/2015 | M.F. Scanlon | 0.5 | Emails with T Hobbs regarding A28 framework action litigation |
| 12/22/2015 | M.F. Scanlon | 0.6 | Emails with T Hobbs regarding challenge to A28 framework action |
| 12/23/2015 | M.F. Scanlon | 0.7 | Emails with T Hobbs regarding challenge to A28 framework action |
| 12/26/2015 | M.F. Scanlon | 1.5 | Review and draft revisions to A28 framework action complaint, email T Hobbs regarding same |
| 12/28/2015 | M.F. Scanlon | 0.8 | Emails and calls with T Hobbs regarding A28 framework action, review revisions to draft complaint |
| 12/29/2015 | M.F. Scanlon | 1.0 | Emails regarding filing on A28 framework action; review final pleadings |
| 1/4/2016 | M.F. Scanlon | 0.5 | Emails regarding A28 framework action litigation |
| 1/6/2016 | M.F. Scanlon | 0.7 | Emails regarding A40 decision, A28 press |
| 1/14/2016 | M.F. Scanlon | 0.5 | Emails with T Hobbs regarding docket updates |
| 1/22/2016 | M.F. Scanlon | 0.8 | Review NMFS proposal to amendment 28 |
| 2/18/2016 | M.F. Scanlon | 0.5 | Preliminary review of A28 comments |

17

| 4/27/2016 | M.F. Scanlon | 1.6 | Emails and calls with T Hobbs regarding same, A28 proposed litigation schedule; review A28 final rule |
|-----------|--------------|-----|------------------------------------------------------------------------------------------------------|
| 5/5/2016 | M.F. Scanlon | 1.6 | Review draft pleadings in A28 litigation, emails with M Brown (DOJ) and T Hobbs; review and draft revisions to supplemental complaint |
| 5/6/2016 | M.F. Scanlon | 0.7 | Review final supplemental complaint; emails with T Hobbs and D Conner regarding same |
| 5/9/2016 | M.F. Scanlon | 0.5 | Review scheduling order, emails with T Hobbs regarding same |
| 7/7/2016 | M.F. Scanlon | 0.6 | Emails with T Hobbs regarding administrative record, NFMS supplemental filing |
| 7/8/2016 | M.F. Scanlon | 0.4 | Emails with T Hobbs regarding administrative record |
| 7/13/2016 | M.F. Scanlon | 3.0 | Review and draft revisions to A28 summary judgment brief |
| 7/14/2016 | M.F. Scanlon | 2.6 | Review and draft revisions to A28 summary judgment brief; emails with T Hobbs regarding same |
| 7/15/2016 | M.F. Scanlon | 1.6 | Review declarations, final draft summary judgment motion; emails and calls with T Hobbs regarding same |
| 8/5/2016 | M.F. Scanlon | 0.6 | Emails with M. Brown and T. Hobbs regarding NMFS consent motion |
| 8/23/2016 | M.F. Scanlon | 0.5 | Review notes of NMFS conference call re reallocation; emails with T. Hobbs and J. Sartucci |
| 9/12/2016 | M.F. Scanlon | 1.0 | Review NFMSs opening A28 brief |
| 9/15/2016 | M.F. Scanlon | 4.0 | Review and draft revisions to A28 reply brief, emails and calls with T Hobbs regarding same |
| 9/16/2016 | M.F. Scanlon | 2.0 | Review and draft revisions to A28 reply brief, emails and calls with T Hobbs regarding same |
| 9/21/2016 | M.F. Scanlon | 0.6 | Emails with T Hobbs regarding potential filing of notice of supplemental authority |

| 9/29/2016 | M.F. Scanlon | 1.0 | Review Defendants' Reply brief in A28 litigation, emails regarding same |
| 1/24/2017 | M.F. Scanlon | 0.5 | Calls and emails with T. Hobbs regarding Am. 28 oral argument; local counsel |
| 1/25/2017 | M.F. Scanlon | 0.5 | Emails with T. Hobbs and J. Longstreth regarding oral argument |

Marie E. Quasius Time

| 1/21/2016 | Marie E. Quasius | 5.4 | Research and develop National Environmental Policy Act arguments related to Amendment 28 |
|---|---|---|---|
| 1/22/2016 | Marie E. Quasius | 2.2 | Summarize research and analysis of National Environmental Policy Act arguments related to Amendment 28 for T. Hobbs review |

20

# EXHIBIT B

## COSTS

| Date | Amount | Cost Category | Description |
|------|--------|---------------|-------------|
| 4/19/2016 | $5,000.00 | Expert Fee | Economist Jakob Tetzlaff provided written and graphic analyses related to the 2014 Update of the SEDAR 31 Gulf of Mexico Red Snapper stock assessment, including alternative projection models detailing population responses of Gulf of Mexico Red Snapper to a range of specified alternative assumptions |
| 12/28/2015 | $400.00 | Court fee | Court fee filing for initial complaint |
| 12/28/2015 | $100.00 | Court fee | *Pro Hac Vice* Fee |
| 6/30/2016 | $54.08 | Legal Research-Lexis | Research for summary judgment motion |
| 7/15/2016 | $127.62 | Legal Research-Westlaw | Research for summary judgment motion |
| 7/31/2016 | $130.95 | Legal Research-Lexis | Research for summary judgment motion |
| 9/27/2016 | $601.21 | Legal Research-Westlaw | Research for opposition brief to NMFS' motion for summary judgment |
| 9/2/2016 | $39.20 | Copying | Related to opposition brief to NMFS' motion for summary judgment |
| **Total** | **$6,453.06** | | |

500361187 v1